

FILED
GREAT ~~

**IN THE UNITED STATES DISTRICT COURT** 2012 JUN 13 PM 2 24

**FOR THE DISTRICT OF MONTANA** PATRICK E. JUFFY, CLERK
BY _____

**GREAT FALLS DIVISION** DEPUTY CLERK

| | |
|---|---|
| KINGSLEY ARIEGWE,<br><br>                    Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD, Warden,<br>Montana State Prison,<br><br>                    Respondent. | No.  CV-12-37-GF-SEH<br><br><br>**ORDER** |

On June 1, 2012, United States Magistrate Judge Keith Strong entered his

Findings and Recommendation[1] in this matter.  Petitioner filed objections on

June 12, 2012.  The Court reviews *de novo* findings and recommendations to

which objections are made.

Upon *de novo* review of the record, I find no error in Judge Strong's

Findings and Recommendation and adopt them in full.

---

[1] Document No. 5

ORDERED:

1.      Petitioner's Petition for Writ of Habeas Corpus[2] is DISMISSED with

prejudice as an unauthorized third or successive petition for writ of habeas corpus.

2.      A certificate of appealability is DENIED as this Court lacks

jurisdiction to consider the unauthorized third petition for writ of habeas corpus.

3.      The Clerk is directed to enter judgment accordingly.

DATED this __13th__ day of June, 2012.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1