

FILED
GREAT ...

2012 JUN 13 PM 2 24

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| KINGSLEY ARIEGWE,<br><br>Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD, Warden,<br>Montana State Prison,<br><br>Respondent. | No. CV-12-37-GF-SEH<br><br>**ORDER** |

On June 1, 2012, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Petitioner filed objections on June 12, 2012. The Court reviews *de novo* findings and recommendations to which objections are made.

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 5

ORDERED:

1.  Petitioner's Petition for Writ of Habeas Corpus[2] is DISMISSED with prejudice as an unauthorized third or successive petition for writ of habeas corpus.

2.  A certificate of appealability is DENIED as this Court lacks jurisdiction to consider the unauthorized third petition for writ of habeas corpus.

3.  The Clerk is directed to enter judgment accordingly.

DATED this 13th day of June, 2012.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Document No. 1